**Order filed, November 18, 2014.**



In The

# Fourteenth Court of Appeals
_____

**NO. 14-14-00683-CV**
_____

**FREDERIC SCOTT DEAVER, Appellant**

**V.**

**RIDDHI DESAI AND SHILPI PANKAJ DESAI, Appellee**

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2014-18950**

---

## ORDER

The reporter's record in this case was due **October 29, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Kimberly Kidd and LaVearn Ivey**, the court reporters, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM